IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA HATCH, | : | |
|    Plaintiff | : | No. 1:14-cv-2318 |
| | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| FRANKLIN COUNTY JAIL and | : | |
| JAMES SULLEN, | : | |
|    Defendants | : | |

## ORDER

**AND NOW**, on this 29th day of September 2017, upon consideration of Defendants' motion for summary judgment (Doc. No. 77), brief in support (Doc. No. 78), and statement of facts (Doc. No. 71), Plaintiff's brief in opposition and statement of facts (Doc. No. 84), as well as Defendants' reply brief (Doc. No. 85), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 77), is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants Franklin County Jail and James Sullen and against Plaintiff Lisa Hatch; and

3. The Clerk of Court is directed to **CLOSE** this case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania